143 So. 923

### G. W. ACTON v. Mrs. A. P. JONES.

### 6 Div. 118.

Supreme Court of Alabama.

Oct. 6, 1932.

London, Yancey & Brower, of Birmingham, for appellant.

Nesbit & Sadler and John W. Altman, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

141 So. 917

### John H. ADAMS v. ALABAMA LIME & STONE CORP.

### 6 Div. 928.

Supreme Court of Alabama.

April 19, 1932.

See, also, 222 Ala. 538, 133 So. 580.

PER CURIAM.

Appeal dismissed by appellant.

144 So. 915

### AMERICAN NATIONAL BANK & TRUST CO. OF MOBILE v. H. H. MONTGOMERY, as Superintendent of Banks, Liquidating Citizens' Bank & Trust Company.

### 3 Div. 10.

Supreme Court of Alabama.

Oct. 27, 1932.

Gaillard & Gaillard, of Mobile, and A. G. Seay, of Troy, for appellant.

PER CURIAM.

Appeal dismissed by appellant.

144 So. 915

### R. L. BENDALL v. Bertie C. TERRY.

### 6 Div. 83.

Supreme Court of Alabama.

Dec. 1, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution